IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE
        V.                                      CIVIL ACTION:  24-407 PAC
PENNSYLVANIA LEADERSHIP
CHARTER SCHOOL, et al

## RULE 16 CONFERENCE SCHEDULING ORDER

**AND NOW**, this 3RD day of APRIL , 2024,

IT IS ORDERED that a **ZOOM** Rule 16 Scheduling Conference in the above-captioned case will be held on **WEDNESDAY, APRIL 24, 2024,** before the undersigned.

*The parties will receive the Zoom link the morning of the conference.*

IT IS FURTHER ORDERED that the lead trial counsel of record for each party shall participate in the conference.

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

IT IS FURTHER ORDERED that at the conference counsel shall be prepared to discuss the following:

1. Deadlines for:
    (a) discovery, including the submission of expert reports;

    (b) dispositive motions;

    (c) motions in limine; and

    (d) pre-trial memoranda, including submission of juror voir dire and points for charge.
2. Scheduling of future settlement and/or pre- trial conferences.

3. Proposed trial dates.  (Counsel shall have their trial calendars with them).

4. Length of trial.

5. Other scheduling considerations.

6. Any unique or unusual factual, legal, or procedural aspects of the case.

IT IS FURTHER ORDERED that Counsel are further directed to provide a Conference Summary and Case Synopsis to Chambers, by Email on or before **MONDAY, APRIL 15, 2024.**  The Email address is PAED_Carlos_Chambers@paed.uscourts.gov.  The Conference Summary and Case Synopsis shall include:

1. Identify any pending motions

2. Any other relevant matters

3. A case synopsis, **limited to two pages**, which shall be in **Microsoft Word**

This Email address shall be used for no other purposes unless prior permission it granted.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152