IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| v. | : | NO. 24-cv-407 |
| PENNSYLVANIA LEADERSHIP<br>CHARTER SCHOOL et al | : | |

## MOTION AND ORDER

AND NOW, this 18th day of June 2024, the Court having received an email request from all parties to request for a conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE